

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00308-CV

---

ATANYA BERNARD                                                    APPELLANT

V.

CITIMORTGAGE, INC.                                                  APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 8, 2013, we notified appellant for the third time that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed

---

[1]*See* Tex. R. App. P. 47.4.

with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  April 25, 2013